**Robert B. Katz, Esq., SBN 7768**
**Amar Law Group, PLLC**
**2300 W. Sahara Ave., Ste. 800**
**Las Vegas, NV 89102**
**(702) 852-2929 – phone**
**(866) 226-1333 - fax**
**docs@amarlawgrp.com**
**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **SABRIANA A WILLIAMS,** | Case No.: 2:26-cv-02615-EJY |
| Plaintiffs, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| **MERCEDES-BENZ USA, LLC** | |
| Defendants. | |

Plaintiff and Defendant by and through counsel undersigned, stipulate to dismiss the above entitled matter with prejudice with each party to bear its own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED** this 29th day of October 2026.

By:/s/ Matthew A. Cavanaugh
Matthew A. Cavanaugh
Nevada Bar No. 11077
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendant*

By: /s/Robert B. Katz
Robert B. Katz, Esq., SBN 7768
AMAR LAW GROUP, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV 89101
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **SABRIANA A WILLIAMS,**<br><br>Plaintiffs,<br><br>vs.<br><br>**MERCEDES-BENZ USA, LLC**<br><br>Defendants. | Case No.: 2:26-cv-02615-EJY<br><br>~~[PROPOSED]~~ **ORDER** |

The parties having filed their Stipulation for Dismissal with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice.

**IT IS FURTHER ORDERED** that each party shall bear its individual costs and attorney's fees.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to close this case.

**DATED** this 30th day of October 2026.

UNITED STATES MAGISTRATE JUDGE